**Dismissed and Memorandum Opinion filed December 16, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00845-CR

---

**FREDRICK LOYCE BOOTY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1309652**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to attempted sexual assault. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to deferred adjudication probation for five years. The State subsequently filed a motion to adjudicate guilt in which it alleged appellant failed to abide by certain conditions of probation. Appellant entered a plea of true to the State's motion in exchange for a recommendation that his punishment should be set at

confinement for seven years in the Institutional Division of the Texas Department of Criminal Justice. The trial court adjudicated appellant's guilt and sentenced him in accordance with the plea bargain agreement. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b)